IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-00248-CMA-KLM

MICHAEL SEAN EDMOND,

    Plaintiff,

v.

TOM CLEMENTS, the Executive Director of the Colorado Department of Corrections (CDOC),
JEANEENE MILLER, Director of Division of Adult Parole, Community Corrections, and Youth Offender System (YOS),
ALLISON SWEENEY-HOOVER, Community Parole Officer,
BECKY R. LUCERO, Chairman of the Colorado Board of Parole,
DAN CASIAS, Administrative Hearing Officer,
JAMES MEYER, LPC, Executive Director of the Bijou Treatment & Training Institute (BTTI), and
BIJOU TREATMENT & TRAINING INSTITUTE (BTTI),
    (In Their Official & Individual Capacities),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 24 2011
GREGORY C. LANGHAM
CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

    This cause is before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

    ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from Defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant

to 28 U.S.C. § 1915, and all other orders upon Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED: May __24__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00248-CMA-KLM

Michael Sean Edmond
5332 Belle Star Drive
Colorado Springs, CO 80922

US Marshal Service
Service Clerk
Service forms for: James Meyer, and Bijou Treatment & Training Institute

Tom Clements, Jeaneene Miller, Allison Sweeney-Hoover,
Becky R. Lucero, and Dan Casias - **WAIVER***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the Keith Nordell for service of process on Tom Clements, Jeaneene Miller, Allison Sweeney-Hoover, Becky R. Lucero, and Dan Casias; to the United States Marshal Service for service of process on James Meyer, and Bijou Treatment & Training Institute: SECOND AMENDED COMPLAINT FILED 5/16/11, ORDER FILED 5/19/11, WAIVER*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/24/11.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk