IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00248-RBJ-KLM

MICHAEL SEAN EDMOND,

    Plaintiff,

v.

TOM CLEMENTS, the Executive Director of the Colorado Department of Corrections
(CDOC),
TIM HAND, Director of Division of Adult Parole, Community Corrections, and Youth
Offender System (YOS),
ALLISON SWEENEY-HOOVER, Community Parole Officer, and
ANTHONY YOUNG, Chairman of the Colorado Board of Parole,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants' **Motion to Seal Ex. A. to Response
to Motion for Preliminary Injunction** [Docket No. 77; Filed November 30, 2012] (the
"Motion").  In accordance with D.C.COLO.LCivR 7.2C., the Motion was publicly posted to
allow for any objections to the sealing of the documents.  No timely objections were filed.
Pursuant to D.C.COLO.LCivR 7.2, the Court finds that the presumption of public access
to Court files is outweighed by the parties' interest in privacy, and the parties have shown
that a less restrictive alternative is not practicable.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#77] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk of the Court is directed to maintain the
following document **UNDER RESTRICTION** at **LEVEL 1**:[1] Ex. A to Defendants' Response
to Plaintiff's Motion for Temporary Restraining Order [#76].

    Dated:  April 18, 2013

---

[1] Level 1, the least restrictive, limits access to the documents to the parties and the Court.
*See* D.C.COLO.LCivR 7.2.

-1-