IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00248-RBJ-KLM

MICHAEL SEAN EDMOND,

    Plaintiff,

v.

TOM CLEMENTS, the Executive Director of the Colorado Department of Corrections (CDOC),
TIM HAND, Director of Division of Adult Parole, Community Corrections, and Youth Offender System (YOS),
ALLISON SWEENEY-HOOVER, Community Parole Officer, and
ANTHONY YOUNG, Chairman of the Colorado Board of Parole,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Emergency Motion to Expedite District Court's Decision on Plaintiff's Motion for Temporary Restraining Order and/or for Preliminary Injunction** [Docket No. 106; Filed May 30, 2013] (the "Motion"). Plaintiff seeks a ruling on Plaintiff's Motion for Temporary Restraining Order or for Preliminary Injunction [#69] before June 4, 2013.

    IT IS HEREBY **ORDERED** that the Motion [#106] is **DENIED**. The Court is aware of the pending Motion for Temporary Restraining Order or for Preliminary Injunction, and a ruling will issue in due course.

    Dated: June 4, 2013